# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 4 2012

JEFFREY P. COLWELL
**CLERK**

Civil Action No.: 1:12-cv-02022-RBJ-KMT

Brian Edmond Bath, sui juris;

Plaintiff.

v.

Midland Credit Management et al;

Defendant(s).

---

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

---

TO THE HONORABLE JUDGE OF THIS COURT:  COMES NOW the Plaintiff,

Brian Edmond Bath, who hereby dismisses this action without prejudice Pursuant to

FED. R. CIV. P. 41(a) (1) (A) (i) and states as follows:

### I. STIPULATION

1.      Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff, Brian Edmond Bath,

respectfully submits this VOLUNTARY DISMISSAL of this action without prejudice.

2.      **Plaintiff shall move action to proper venue and jurisdiction.**

3.      Each party to bear its/his own costs and fees.

3.      The Plaintiff  requests that the Clerk of Court now close this case.

4.      Dated: October 24, 2012

        **WHEREFORE,** Plaintiff respectfully requests that this Court dismiss

this action without prejudice.

Respectfully Submitted,

*Brian Bath*

Brian Edmond Bath

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent to the parties listed below by electronic mail.

Date Signed _10 24.12_

Brian Edmond Bath

**Joseph J. Lico**
Adam L. Plotkin, P.C.
621 17th Street
#1800
Denver, CO 80293
303-296-3566
303-296-3544 (fax)
jlico@alp-pc.com

Counsel for Midland Credit Management